September 3, 2021

United States District Court
EASTERN District of Texas
101 E. Pecan, Suite 112
Sherman, Texas 75090

Dear Clerk,

Greetings. After you docket my reply to the Respondent's answer, could you please send me a copy of the Civil Docket for my Case # 4:20-CV-00731, ALM-KPJ. Thank you for your assistance with this matter.

Sincerely,
Petrit Diko

Petrit Diko # 1982278
Connally Unit
899 F.M. 632
Kenedy, Texas 78119