## EXHIBITS

1. Attorney Gary Udashen's letter dated October 15, 2018, one page.
2. Attorney Gary Udashen's letter dated June 20, 2017, one page
3. Labcorp DNA invoice, printed on 6/20/2017, one page.
4. Inmate Trust Fund, Statement of Account dated 07/31/2017, one page.