# UDASHEN | ANTON

EXHIBIT 1

**Gary A. Udashen**
Board Certified-Criminal Law and Criminal Appellate Law
Texas Board Of Legal Specialization

GAU@UDASHENANTON.COM
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
WWW.UDASHENANTON.COM

October 15, 2018

Mr. Petrit Diko
TDCJ-ID No. 01982278
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

Dear Mr. Diko:

    Enclosed are the documents and the CD you asked me to send you. If there is anything else you need, please let me know.

    Good luck on this.

Yours very truly,

*[signature]*

Gary A. Udashen

GAU:ps

Enclosures