EXHIBIT 2

# SORRELS | UDASHEN | ANTON
*Attorneys and Counselors at Law*

**GARY A. UDASHEN**
BOARD CERTIFIED–CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

gau@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

June 20, 2017

Mr. Petrit Diko
TDCJ-ID No. 01982278
Clements Unit
9601 Spur 591
Amarillo, Texas  79107

Dear Mr. Diko:

This is a lab that could do paternity DNA testing for $525.00.

Please let me know if you would like to pursue this.

Yours very truly,

Gary A. Udashen

GAU:ps

Enclosure