
LabCorp Specialty Testing Group

## What is it?
Paternity and maternity tests prove biological parenthood.

## When should I use it?
A paternity or maternity test can be used to establish the parenthood of an individual for a court case such as child support or child custody. The test can also be used to support placing a parent's name on a birth certificate.

LabCorp places the highest emphasis on following legal chain of custody with your sample, so your sample will be valid evidence in a legal setting. We employ the latest technology to provide the most accurate results for you. Our highly accurate tests exclude, on average, 99.99% of non-fathers. We provide safe, secure, and efficient transportation of your samples.

## What kind of sample is tested?
The most common sample type is a buccal swab. This sample is collected using a cotton swab that is gently rubbed on the inside of your cheek. Blood samples are also acceptable.

## How do I purchase?
Click Order Now below to fill in the basic information needed to process and schedule your test. You will need the following key information:

- Names of the children and adult(s) who will be involved in the test (for example, a paternity test needs to test the mother, alleged father and the child who needs paternity proof; other relationship tests have varying requirements)
- Current contact information for all parties involved
- A return address or email for the results
- Credit card for payment

## FEES:

**3-Party Testing** (mother, child, alleged father)                                         $525   Order Now

**2-Party Testing** (child, alleged parent)                                                 $525   Order Now

*Additional test participants: $175*

## SCHEDULE A TEST:
After your order is confirmed and payment is processed, one of our representatives will follow up to schedule your specimen collection. We have more than 900 LabCorp-operated facilities in the US, and contract with more than 10,000 locations globally. We will work with you to find a convenient location for sample collection.

Order This Test Now

**Se Habla Español.**

Contact Us »

Paternity Test FAQs