EXHIBIT 4

| | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| MEDICAL CO-PAY OWED: | .00 | | | |
| FEDERAL COURT FEE OWED: | .00 | | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | | | |

LOCATION: BLDG 8-A-2 ROW 07   UNIT:
NAME: DIKO, PETRIT
DATE: 07/31/17
ACCOUNT NUMBER: 01983258

| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: 8,919.77 |
|---|---|---|

| ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|
| PH LC MO EXP:2017   5,000.00 | | | |
| CN                  5,000.00 | | | |
| PH                  5,000.00 | | | |
| CR | 22.90 | | 8,896.87 |
| CF GARY A UDASHEN | 825.00 | | 8,071.87 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.