Petrit Diko # 1982278
J.B. Connally Unit
899 F.M. 632
Kenedy, Texas 78119




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

101 E. PECAN., SUITE 112

SHERMAN, TEXAS 75090

LEGAL MAIL